UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

THE NEW YORK TIMES COMPANY,

               Plaintiff,

      v.                                            No. 22-cv-00791

UNITED STATES DEPARTMENT OF STATE,

               Defendant.

---------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, with consent of the Defendant, upon the accompanying Declaration of S.Y. Jessica Hui, S.Y. Jessica Hui hereby moves to withdraw as counsel for Plaintiff The New York Times Company in the above-captioned action. David E. McCraw has appeared as counsel for Plaintiff and will continue to represent Plaintiff in this case.

Dated: New York, New York
          August 9, 2022

                                                           S.Y. Jessica Hui
                                                            The New York Times Company
                                                            620 8th Avenue
                                                           New York, NY 10018
                                                           Phone: (212) 556-4630
                                                           E-mail: jess.hui@nytimes.com

SO ORDERED:

_____
The Honorable J. Paul Oetken
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――X
THE NEW YORK TIMES COMPANY,                    :

               Plaintiff,                    :

               v.                             :    No. 22-cv-00791

                                               :
UNITED STATES DEPARTMENT OF STATE,
                                               :
             Defendant.
―――――――――――――――――――――――――――――X

## **DECLARATION OF S.Y. JESSICA HUI**

I, S.Y. Jessica Hui, hereby declare under penalty of perjury that the following is true and correct:

1.    I am currently an attorney at The New York Times Company, in which capacity I represent Plaintiff The New York Times Company in this matter.

2.    I make this declaration pursuant to Local Rule 1.4 of the Rules of this Court.

3.    My last day at The New York Times Company is Friday, August 12, 2022. For this reason, I am withdrawing as Plaintiff's counsel in this matter.

4.    The New York Times Company will continue to be represented by David E. McCraw in this matter. He has already appeared in this case.

5.    My withdrawal will not affect any deadlines or cause any delay in this matter.

6.    I am not asserting any retaining or charging lien on my client.

3

Dated: New York, New York
       August 9, 2022

                                              S.Y. Jessica Hui
                                              The New York Times Company
                                              620 8th Avenue
                                              New York, NY 10018
                                              Phone: (212) 556-4630
                                              E-mail: jess.hui@nytimes.com