

Al-Amyn Sumar
Legal Department

T 202 862 7705

al-amyn.sumar@nytimes.com

620 8th Avenue
New York, NY 10018
nytimes.com

March 15, 2023

**VIA ECF**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *The New York Times Co. v. U.S. Dep't of State*, 22-cv-791 (JPO)

Dear Judge Oetken:

I am counsel for Plaintiff The New York Times Company ("The Times") in the above-referenced action, a Freedom of Information Act lawsuit against the Department of State ("DOS"). I write on behalf of the parties to provide a status report, as the Court directed. *See* Dkt. No. 19.

Since the parties' last update, DOS has continued to process records at the rate previously set by the Court. *See* Dkt. No. 15. DOS estimates that roughly 45 records remain to be processed, the majority of which will require further review and clearance from non-DOS agencies. DOS expects to complete processing of these records following external clearance review and produce to The Times any non-exempt information contained in the records at the end of April, although additional time may be required to receive the requisite external clearance. DOS will keep The Times apprised if additional time beyond April is required.

The parties propose that we provide the Court with a status update no later than June 30, 2023, as to any next steps in the litigation, including whether summary judgment briefing will be required.

Respectfully submitted,

___/s/___
Al-Amyn Sumar

cc: All counsel of record (via ECF)