

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 30, 2023

**BY ECF**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *The New York Times Company v. U.S. Department of State*,
                No. 22 Civ. 791 (JPO)

Dear Judge Oetken:

      This Office represents Defendant the Department of State ("DOS") in the above-referenced Freedom of Information Act ("FOIA") matter. I write respectfully on behalf of the parties to provide a status report as previously directed by the Court. *See* Dkt. No. 28. The parties have been meeting and conferring regarding DOS's productions of records in response to Plaintiff's FOIA request. DOS made a supplemental production on October 27, 2023. DOS is also conducting limited supplemental searches and reviewing certain questions raised by Plaintiff regarding DOS's prior productions.

      The parties continue to meet and confer in an effort to narrow or perhaps eliminate the issues that may need to be addressed by summary judgment briefing. The parties respectfully propose to continue these discussions and to submit a further status report within sixty days, or by December 29, 2023.

      We thank the Court for its consideration of this matter.

      Respectfully,

      DAMIAN WILLIAMS
      United States Attorney

By:  */s/ Sarah S. Normand*
      SARAH S. NORMAND
      Assistant United States Attorney
      (212) 637-2709
      sarah.normand@usdoj.gov

cc:    Counsel for Plaintiff (by ECF)