

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 29, 2023

**BY ECF**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *The New York Times Company v. U.S. Department of State*,
            No. 22 Civ. 791 (JPO)

Dear Judge Oetken:

      This Office represents Defendant the United States Department of State ("DOS") in the above-referenced Freedom of Information Act ("FOIA") matter. I write respectfully on behalf of the parties to provide a status report as previously directed by the Court. *See* Dkt. No. 30.

      The parties continue to meet and confer regarding DOS's productions of records in response to Plaintiff's FOIA request. DOS is conducting supplemental searches for additional responsive records. Those supplemental searches, which are nearly complete, have identified additional materials to be processed. In addition, DOS is reviewing certain withholdings in its prior productions in response to questions from Plaintiff, and will provide Plaintiff with additional information regarding the bases for those withholdings.

      The parties respectfully propose to submit a further status report within thirty days, or by January 29, 2024.

      We thank the Court for its consideration of this matter.

                                              Respectfully,

                                              DAMIAN WILLIAMS
                                              United States Attorney

                                By:  */s/ Sarah S. Normand*
                                        SARAH S. NORMAND
                                        Assistant United States Attorney
                                        (212) 637-2709
                                        sarah.normand@usdoj.gov

cc:     Counsel for Plaintiff (by ECF)