

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 29, 2024

**BY ECF**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *The New York Times Company v. U.S. Department of State*,
            No. 22 Civ. 791 (JPO)

Dear Judge Oetken:

      This Office represents Defendant the United States Department of State ("DOS") in the above-referenced Freedom of Information Act ("FOIA") matter. I write respectfully on behalf of the parties to provide a status report as previously directed by the Court. *See* Dkt. No. 32.

      The parties continue to meet and confer regarding DOS's productions of records in response to Plaintiff's FOIA request. DOS has completed supplemental searches for additional responsive records and has identified approximately 1400 potentially responsive documents. This number is likely to decrease, as the records still need to be reviewed to confirm responsiveness and remove duplicates. DOS has begun reviewing and processing these records and expects to be in a position to begin rolling productions of responsive, non-exempt records in mid-March. The parties also continue to meet and confer regarding the bases for certain withholdings from DOS's prior productions, in an effort to narrow or resolve any issues in dispute.

      The parties respectfully propose to submit a further status report within sixty days, or by March 29, 2024.

      We thank the Court for its consideration of this matter.

                              Respectfully,

                              DAMIAN WILLIAMS
                              United States Attorney

                        By:  */s/ Sarah S. Normand*
                              SARAH S. NORMAND
                              Assistant United States Attorney
                              (212) 637-2709

The Honorable J. Paul Oetken
January 29, 2024
Page 2

                                          sarah.normand@usdoj.gov

cc:      Counsel for Plaintiff (by ECF)