

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 29, 2024

**BY ECF**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *The New York Times Company v. U.S. Department of State*,
                No. 22 Civ. 791 (JPO)

Dear Judge Oetken:

      This Office represents Defendant the United States Department of State ("DOS") in the above-referenced Freedom of Information Act ("FOIA") matter. I write respectfully on behalf of the parties to provide a status report as previously directed by the Court. *See* Dkt. No. 38.

      As previously reported to the Court, DOS conducted supplemental searches and located additional records potentially responsive to Plaintiff's FOIA request. DOS is reviewing and processing these records and has been making productions of responsive, non-exempt records approximately every six weeks. The last such production was made on July 26, 2024. The parties also continue to meet and confer regarding certain withholdings from DOS's prior productions, in an effort to narrow or resolve any contested issues.

      The parties respectfully propose to submit a further status report within sixty days, or by September 27, 2024. We thank the Court for its consideration of this matter.

      Respectfully,

      DAMIAN WILLIAMS
      United States Attorney

By:  */s/ Sarah S. Normand*
      SARAH S. NORMAND
      Assistant United States Attorney
      (212) 637-2709
      sarah.normand@usdoj.gov

cc:    Counsel for Plaintiff (by ECF)