

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

September 27, 2024

**BY ECF**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *The New York Times Company v. U.S. Department of State*,
              No. 22 Civ. 791 (JPO)

Dear Judge Oetken:

      This Office represents Defendant the United States Department of State ("DOS") in the above-referenced Freedom of Information Act ("FOIA") matter. I write respectfully on behalf of the parties to provide a status report as directed by the Court. *See* Dkt. No. 40.

      DOS continues to review and process records and to produce responsive, non-exempt records approximately every six weeks. The last such production was made on September 6, 2024. The parties also continue to meet and confer regarding certain withholdings from DOS's prior productions, in an effort to narrow or resolve any contested issues.

      The parties respectfully propose to submit a further status report within sixty days, or by November 26, 2024. We thank the Court for its consideration of this matter.

                                    Respectfully,

                                    DAMIAN WILLIAMS
                                    United States Attorney

                          By:  */s/ Sarah S. Normand*
                                SARAH S. NORMAND
                                Assistant United States Attorney
                                (212) 637-2709
                                sarah.normand@usdoj.gov

cc:     Counsel for Plaintiff (by ECF)