

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

November 29, 2024

**BY ECF**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    *The New York Times Company v. U.S. Department of State*,
                No. 22 Civ. 791 (JPO)

Dear Judge Oetken:

      This Office represents Defendant the United States Department of State ("DOS") in the above-referenced Freedom of Information Act ("FOIA") matter. I write respectfully on behalf of the parties to provide a status report as directed by the Court. *See* Dkt. No. 42. This status letter was due on November 26, and it is regrettably being submitted two business days late. The letter was drafted in advance of the deadline, but due to an oversight was not timely filed. We apologize for this error.

      DOS continues to review and process records and to produce responsive, non-exempt records approximately every six weeks. The latest production was released today, November 29. The parties also continue to meet and confer regarding DOS's productions, in an effort to narrow or resolve any contested issues.

      The parties respectfully propose to submit a further status report within sixty days, or by January 28, 2025. We thank the Court for its consideration of this matter.

                     Respectfully,

                     DAMIAN WILLIAMS
                     United States Attorney

              By: *  /s/ Sarah S. Normand  *
                     SARAH S. NORMAND
                     Assistant United States Attorney
                     (212) 637-2709
                     sarah.normand@usdoj.gov

cc:      Counsel for Plaintiff (by ECF)