

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 28, 2025

**BY ECF**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *The New York Times Company v. U.S. Department of State*,
              No. 22 Civ. 791 (JPO)

Dear Judge Oetken:

      I write respectfully, on behalf of Defendant the United States Department of State ("DOS"), to provide a status report in the above-referenced Freedom of Information Act ("FOIA") matter. DOS continues to review and process records and to produce responsive, non-exempt records approximately every six weeks. The latest production was released on January 10, 2025. The parties will continue to meet and confer regarding DOS's productions in an effort to narrow or resolve any contested issues.

      The parties respectfully propose to submit a further status report within sixty days, or by March 31, 2025. We thank the Court for its consideration of this matter.

      Respectfully,

      DANIELLE R. SASSOON
      United States Attorney

      By:  */s/ Sarah S. Normand*
            SARAH S. NORMAND
            Assistant United States Attorney
            (212) 637-2709
            sarah.normand@usdoj.gov

cc:    Counsel for Plaintiff (by ECF)